IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) NO. 14 B 42701
Beatrice Quinn )
)
    DEBTOR ) JUDGE: Pamela S Hollis

TO: CREDITORS (SEE ATTACHED SERVICE LIST)
MARILYN O MARSHALL, TRUSTEE, 224 SOUTH MICHIGAN, SUITE 800, CHICAGO, IL 60604
U.S. TRUSTEE, 227 W. MONROE, STE. 800 CHICAGO, IL 60606

### NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 UNDER SECTION 1307(a)

The debtor, **Beatrice Quinn,** by her attorney, **NEAL FELD,** represents and states as follows:

1. The debtor is no longer able to comply with her Chapter 13 plan and does not desire to modify the plan.

2. The debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under section 1307(a) of the Bankruptcy Code, the debtor is entitled to convert her Chapter 13 case to a case under Chapter 7 at any time, and the debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 under the Bankruptcy Code.

DATED this 4th day of December, 2015.

                                                                Neal Feld

### CERTIFICATE OF SERVICE

I, Neal Feld, attorney, state that I did cause a true and correct copy of the aforesaid to be served on the above-named parties on December 4th, 2015 by electronic file through ECF or direct deposit in the United States Mail at or before 5:00 p.m. in Chicago, Illinois, first class postage prepaid and properly addressed in accordance with the rules of this Court.

                                                                 Neal Feld
                                                                 Attorney for Debtor
                                                                 500 N. Michigan Ave., Suite 600
                                                                 Chicago, Illinois 60611
                                                                 Phone: 312-396-4130
                                                                 Fax: 312-396-4131

## Service List

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Waterfall Victoria Mortgage Trust 2011-1

Wells Fargo Bank National Association
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605

Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
Capital One Bank USA N A
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Cavalry SPV I, LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd. Ste 200
Tucson, AZ 85712-1083

Chase Bank Usa, Na
Po Box 15298
Wilmington, DE 19850-5298

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Freedman, Anselmo, Lindberg LLC
1771 W. Diehl Rd. Ste. 150
Naperville, IL 60563-4947

Landmark Credit Union
5445 Sw Ridge Dr.
New Berlin, WI 53151

Ocwen Loan Servicing, LLC
C/O Potestivo & Associates, P.C
811 South Blvd, Suite 100
Rochester Hills, MI 48307-5359

Statebridge Company/Waterfall
4600 S Syracuse St Ste 7
Denver, CO 80237-2750

Waterfall Victoria Mortgage Trust2011-1
c/o Statebridge Company, LLC
5680 Greenwood Plaza Blvd., Suite 100S
Greenwood Village, CO 80111-2404